IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Brian D. Iverson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-cv-128 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| Michael J. Astrue, Commissioner of Social | ) | **RECOMMENDATION ON MOTION** |
| Security Administration, | ) | **FOR ATTORNEY'S FEES** |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's Motion for Attorney's Fees and Costs be granted in part and denied in part (Doc. #42). Neither party filed objections to the Report and Recommendation within the time prescribed by Fed.R.Civ.P. 72(b) and Local Rule 72.1(D)(3).

After carefully reviewing the Report and Recommendation, along with the entire file, the Court agrees with the Magistrate Judge's analysis. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's Motion for Attorney's Fees is **GRANTED IN PART** and **DENIED IN PART** (Doc. #30).

**IT IS HEREBY ORDERED** that Defendant pay Plaintiff $10,845.85 for attorney's fees and $23.79 for postage expenses. Plaintiff is also awarded $11.60 in photocopy costs under the Department of Justice's Judgment Fund.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 15th day of July, 2010.

*/s/   Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court